United States District Court
Eastern District of Michigan
Southern Division

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Tribar Technologies, Inc.,<br><br>　　　　Defendant.<br>_____/ | Case: 2:24-cr-20552<br>Assigned To : Edmunds, Nancy G.<br>Referral Judge: Patti, Anthony P.<br>Assign. Date : 9/30/2024<br>Description: INFO USA V. TRIBAR<br>TECHNOLOGIES, INC. (NA) |

# Information

The United States Attorney charges that:

## Count 1
(Discharge in Violation of the Clean Water Act)

On or about July 29, 2022, within the Eastern District of Michigan,

TRIBAR TECHNOLOGIES, INC.

negligently operated and caused to be operated a source in violation of a pretreatment standard after the effective date of such standard; that is Tribar Technologies, Inc. negligently discharged untreated wastewater to a Publicly-owned Treatment Works (POTW) and failed to provide

immediate notice of such discharge to the POTW in violation of a federally-approved pretreatment program.

All in violation of Title 33, United States Code, Sections 1317(d) and 1319(c)(1)(A).

Dawn N. Ison
United States Attorney

Mark Chasteen
Chief, White Collar Crime Unit
Assistant U. S. Attorney

Karen L. Reynolds
Assistant U. S. Attorney

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number<br>2:24-cr-20552 |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | AUSA's Initials: *s/ Karen L. Reynolds* |

**Case Title:** USA v. Tribar Technologies, Inc.

**County where offense occurred:** Oakland

**Check One:**   ☒ Felony    ☐ Misdemeanor    ☐ Petty

____Indictment/ ✓ Information --- **no** prior complaint.
____Indictment/____Information --- based upon prior complaint [**Case number:**                    ]
____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

September 30, 2024
Date

*s/Karen L. Reynolds*
Karen L. Reynolds
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9672
E-Mail address: karen.reynolds@usdoj.gov
Attorney Bar #: P31029

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.