UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:24-cr-20552 |
| Plaintiff, | Hon. Nancy G. Edmunds |
| v. | |
| | Magistrate Hon. Anthony P. Patti |
| TRIBAR TECHNOLGIES, INC., | |
| Defendant. | |
| _____/ | |

## **STIPULATED ORDER WAIVING LOCAL REQUIREMENT REGARDING DEADLINE TO COMPLETE PRESENTENCE INTERVIEW**

Plaintiff United States of America ("Plaintiff") and Defendant Tribar Technologies, Inc. ("Defendant"), having by and through their undersigned counsel stipulated and agreed to the following, IT IS HEREBY ORDERED:

The presentence interview in this matter is scheduled for February 17, 2025. That is outside the local requirement for completing the presentence interview within seven (7) days of referral. Accordingly, the parties stipulate and agree that the local rule requiring a presentence interview within seven (7) days of referral in this matter is waived.

This is not a final order and does not close the case.

SO ORDERED.

Dated: February 3, 2025    /s/ Nancy G. Edmunds
                                                     Nancy G. Edmunds
                                                     U.S. District Judge

Stipulated this 3rd day of February, 2025

| | |
|---|---|
| */s/ Karen L. Reynolds* | */s/ Madelaine C. Lane* |
| Karen L. Reynolds (P31029) | Madelaine C. Lane (P71294) |
| Assistant U.S. Attorney | Warner Norcross + Judd LLP |
| U.S. Department of Justice | 150 Ottawa Avenue NW, Suite 1500 |
| 211 West Fort Street, Suite 2001 | Grand Rapids, MI 49503 |
| Detroit, MI 48226 | 616.752.2000 |
| 313.226.9672 | mlane@wnj.com |
| karen.reynolds@usdoj.gov | *Attorney for Defendant* |
| *Attorney for Plaintiff* | |

210587.210592 #31909438-1